UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:25-cv-00188-E**                                                    Date: **March 14, 2025**

Title     **James P. Jimirro v. The Paley Center for Media, et al.**

Present: The Honorable CHARLES F. EICK, United States Magistrate Judge

| Narissa Estrada | CourtSmart 3/14/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Hillary Johns | Matthew T. Kline |
|  | Emma Lux |

**Proceedings:**            **MOTION TO REMAND CASE (Dkt. No. 17)**
                            **MOTION TO DISMISS CASE (Dkt. No. 18)**

   Case called. Counsel made their appearances. Court and counsel confer regarding Plaintiff's Motion to Remand Case to Los Angeles Superior Court (Dkt. No. 17) and Defendant's Motion to Dismiss Case (Dkt. No. 18).

   The Court takes the Motions under submission.


**IT IS SO ORDERED.**

**Time in Court:**     1:15