UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. JIMIRRO,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PALEY CENTER FOR MEDIA, ETC., ET AL.,<br><br>    Defendants. | No. CV 25-188-E<br><br><br>JUDGMENT |

Pursuant to the Order Granting Motion to Dismiss First Amended Complaint,

IT IS HEREBY ADJUDGED that the First Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

DATED: September 17, 2025.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE